|  |  |
|---|---|
| | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>April 14, 2022<br>Nathan Ochsner, Clerk |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STANCE AUTOWORKS, LLC | § | CASE NO. 21-33931 |
| | § | |
| DEBTOR | § | CHAPTER 11 SUBCHAPTER V |
| | § | Judge Christopher M. Lopez |

### ORDER GRANTING MOTION FOR CONTINUANCE OF (A) HEARING ON CONFIRMATION OF THE PLAN AND (B) PROPOSED ORDER CONFIRMING THE PLAN

**ON THIS DAY**, came on to be considered the Motion For Continuance Of (a) Hearing On Confirmation Of The Plan and (b) Proposed Order Confirming The Plan filed by STANCE AUTOWORKS, LLC, Debtor in the above-captioned proceedings, pursuant to Bankruptcy Rule 1007(a)(5), seeking an Order granting a continuance of the Confirmation Hearing and Proposed Order Confirming the Plan.

The Court finds that service of the Motion was proper and that all parties entitled to notice were given good and sufficient notice of the Motion and of the terms of the Motion. The Court notes that the Debtor submitted motion and proposed order to the Subchapter V Trustee for approval. After due consideration of the Motion, and good cause appearing, the Court is of the opinion that the Motion should in all things be granted, and enters the following Order:

**IT IS HEREBY ORDERED** that motion is granted with respect to the Confirmation Hearing and Proposed Order Confirming the Plan.

**IT IS HEREBY FURTHER ORDERED** that the Confirmation Hearing will be continued and reset to May 13, 2022 at 10:00 a.m.

Signed: April 14, 2022

_____
Christopher Lopez
United States Bankruptcy Judge