IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | ) ) | Case No. 21-33931 |
| STANCE AUTOWORKS, LLC | ) ) ) | (Chapter 11) |
| *Debtor*. | ) ) | |

## NOTICE OF HEARING

You are hereby notified that the hearing regarding Eastern Funding's Motion for Relief from Automatic Stay Regarding Certain Equipment or, Alternatively, Motion for Adequate Protection, has been set for June 7, 2022, at 10:00 a.m. before the Honorable Christopher M. Lopez, Courtroom 400, 515 Rusk, Houston, Texas 77002. To participate electronically, parties must follow the instructions set forth on Judge Lopez's web page located at:

https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez

Parties are additionally instructed:

a. The dial-in number for hearings before Judge Lopez in 832-917-1510 and the conference room number is 590153;

b. For video appearances and witness testimony parties are to utilize the GoToMeeting wb-based application and enter conference code: judgelopez; and,

c. Use of speaker phones is not permitted. Parties wishing to participate in the hearing must either pick up the receiver, or utilize some form of head set such as earbuds or headphones. Participants may not have more than one open phone line while participating.

Parties are permitted to appear by video or by telephone.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
420 Throckmorton St., Suite 1210
Fort Worth, Texas 76102
(817) 338-1616 phone
(817) 338-1610 fax

/s/ Brandon J. Gibbons
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Brandon J. Gibbons
State Bar I.D. #24082516
bgibbons@padfieldstout.com
*Attorneys for Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I served a true and correct copy of the foregoing to the following via this Court's ECF electronic filing system, and/or regular mail.

| | |
|---|---|
| **Stance Autoworks, LLC**<br>7011 Ten Curves Road<br>Spring, TX 77379-4730<br><br>*Debtor* | **Alex Olmedo Acosta**<br>Acosta Law P.C.<br>13831 Northwest Freeway, Suite 400<br>Houston, TX 77040<br><br>*Debtor's Attorney* |
| **Melissa A. Haselden**<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam, Suite 1300<br>Houston, TX 77002<br><br>*Trustee* | **US Trustee**<br>Office of the US Trustee<br>515 Rusk Ave., Ste 3516<br>Houston, TX 77002<br><br><br>*U.S. Trustee's Office* |
| **Ha Minh Nguyen**<br>U.S. Trustee<br>Office of the US Trustee<br>515 Rusk Ave. Ste 3516<br>Houston, TX 77002<br><br>*U.S. Trustee* | **Owen M. Sonik**<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>1235 North Loop West, Suite 600<br>Houston, Texas 77008<br><br><br>*Attorneys for Klein ISD* |
| **Jeannie L. Andresen**<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, Texas 77253<br><br>*Attorneys for Harris County* | **All those receiving ECF filings in this case and on the attached list of the 20 largest creditors in this case.** |

                                              <u>/s/ Brandon J. Gibbons</u>
                                              Brandon J. Gibbons

| | | |
|---|---|---|
| Eastern Funding LLC<br>213 West 35th St.<br>New York, NY 10001 | Marlin Business Bank<br>RETURN TO SENDER-VACANT<br>UNABLE TO FORWARD | Ford Credit<br>PO Box 105704<br>Atlanta, GA 30348 |
| Ally Financial<br>P.O. Box 380902<br>Minneapolis, MN 55438 | Acosta Law P.C.<br>One Northwest Centre<br>13831 Northwest Freeway Suite 400<br>Houston, TX 77040 | First Business Bank<br>18500 W. Corporate Dr.<br>Brookfield, WI 53045 |
| Ann Harris Bennett<br>Tax Assessor-Collector<br>P.O. Box 3547<br>Houston, TX 77253 | Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228-6995 | Justice Johnson<br>c/o Aurra Fellows<br>1001 Fannin St, Ste. 2500<br>Houston, TX 77002 |
| Credit Management, L.P.<br>6080 Tennyson Parkway, Ste. 100<br>Plano, TX 75024 | TX Tag<br>PO BOX 650749<br>Dallas, TX 75265-0749 | Just Energy<br>RETURN TO SENDER<br>ATTEMPTED-NOT KNOWN<br>UNABLE TO FORWARD |
| BTG Violations<br>PO Box 4440, Dept. 9<br>Houston, TX 77210 | H7H Oil<br>1331 Gemini St., Ste. 250<br>Houston, TX 77058 | Penn Credit<br>PO Box 988<br>Harrisburg, PA 17108 |

**20 Largest Unsecured Creditors**